UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. UHLMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Defendants. | NO. CV-12-00183-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

　　The parties have recently advised the court that this matter has been resolved. Now before the court is a Stipulation (ECF No. 25) for dismissal with prejudice, which the court construes as a Stipulated Motion to Dismiss.

　　**IT IS HEREBY ORDERED**:

　　1. The Stipulated Motion to Dismiss (ECF No. 25) is **GRANTED**.

　　2. The Clerk of this court shall enter judgment of dismissal **with prejudice** of the Amended Complaint (ECF No. 5) and the claims therein, without an award of costs or attorneys fees to any party.

　　**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, and furnish copies to counsel and close this file.

　　**DATED** this 10th day of January, 2013.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1