AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RICHARD A. UHLMAN, et al,

    Plaintiffs,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-183-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Stipulated Motion to Dismiss (ECF No. 25) is GRANTED. Judgment of dismissal is entered with prejudice. File closed.

January 10, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer